October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, TEXAS AND HARRIS COUNTY-HOUSTON SPORTS
AUTHORITY, Appellants

NO. 14-10-00349-CV                          V.

HOTELS.COM, L.P., HOTWIRE, INC., EXPEDIA, INC., TRAVELNOW.COM, INC.,
TRIP NETWORK INC. D/B/A CHEAPTICKETS.COM, ORBITZ, LLC,
INTERNETWORK PUBLISHING CORP. D/B/A LODGING.COM, PRICELINE.COM
INC., LOWESTFARE.COM INC., TRAVELWEB LLC, AND TRAVELOCITY.COM
LP, Appellees

_____

This cause, an appeal from the judgment signed January 19, 2010 in favor of appellees Hotels.com, L.P., Hotwire, Inc., Expedia, Inc., Travelnow.com, Inc., Trip Network Inc. d/b/a Cheaptickets.com, Orbitz, LLC, Internetwork Publishing Corp. d/b/a Lodging.com, Priceline.com Inc., Lowestfare.com Inc., Travelweb LLC, and Travelocity.com, LP, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, City of Houston, Texas and Harris County-Houston Sports Authority, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.